UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANDRO REY HERRERA-MENDOZA, :
:
    Plaintiff, :
:
    v. : CASE NO. 3:05CV1195 (RNC)
:
EMILY BYRNE and JOSEPH L. :
GEGENY, :
:
    Defendants. :

## ORDER ON MOTION FOR RULE 11 SANCTIONS

Pending before the court is the defendants' Motion for Sanctions Pursuant to FRCP 11 (doc. #212). Having fully considered the record, the court denies the defendants' motion.

The plaintiff, however, is advised that the court's order denying his motion to serve as next friend (doc. #173) is binding upon him and forecloses him, as a *pro se* plaintiff, from representing the infant. The court also has denied plaintiff's motions for appointment of a guardian *ad litem*. Therefore, the infant Maeve Byrne is not a party to the case, and future filings purporting to be on her behalf could subject the plaintiff to sanctions.

SO ORDERED at Hartford, Connecticut this 1st day of June, 2007.

                            _____/s/_____
                            Donna F. Martinez
                            United States Magistrate Judge